IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

D & C PROPERTY INVESTMENTS, LLC, )
 )
    Plaintiff, )
 )    NO. 3:08-0058
v. )    JUDGE HAYNES
 )
DEL REL ESTATES, LLC, )
 )
    Defendant. )

### ORDER

A status conference is set in this action of **Friday, March 28, 2008 at 2:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the 17th day of March, 2008.

WILLIAM J. HAYNES, JR.
United States District Judge